No. 83–5511.   WALKER v. UNITED STATES; and
No. 83–5565.   STEARNS v. UNITED STATES.   C. A. 9th Cir.
Certiorari denied.   Reported below: 707 F. 2d 391.

No. 83–5514.   MARGOLIS v. UNITED STATES.   C. A. 9th Cir.
Certiorari denied.

No. 83–5523.   DUNCAN v. ALABAMA.   Ct. Crim. App. Ala.
Certiorari denied.

No. 83–5524.   JOHNSON v. UNITED STATES.   C. A. 7th Cir.
Certiorari denied.

No. 83–5536.   KAJEVIĊ v. UNITED STATES.   C. A. 7th Cir.
Certiorari denied.

No. 83–5549.   CANTRELL v. FLORIDA.   Dist. Ct. App. Fla., 2d
Dist.   Certiorari denied.

No. 83–5551.   WARD v. WISCONSIN.   Ct. App. Wis.   Certio-
rari denied.

No. 83–5566.   EUGE v. UNITED STATES ET AL.   C. A. 8th Cir.
Certiorari denied.

No. 83–5570.   THOMA v. UNITED STATES.   C. A. 10th Cir.
Certiorari denied.

No. 83–5603.   KELLY v. UNITED STATES.   C. A. 11th Cir.
Certiorari denied.

No. 83–5612.   ROBINSON v. UNITED STATES.   C. A. 6th Cir.
Certiorari denied.

No. 83–5622.   GODEK v. UNITED STATES.   Sup. Ct. N. Y.,
Suffolk County.   Certiorari denied.

No. 83–5623.   CHAPIN v. MARSHALL, SUPERINTENDENT,
SOUTHERN OHIO CORRECTIONAL FACILITY.   C. A. 6th Cir.   Cer-
tiorari denied.

No. 83–5631.   LeGRAND v. MARSHALL, SUPERINTENDENT,
SOUTHERN OHIO CORRECTIONAL FACILITY.   C. A. 6th Cir.   Cer-
tiorari denied.

No. 83–5632.   MALLORY v. ALABAMA.   Ct. Crim. App. Ala.
Certiorari denied.